UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Wade A. Thalberg,

        Plaintiff,

                              ORDER ADOPTING REPORT
                              AND RECOMMENDATION

vs.

Jo Anne B. Barnhart, Commissioner
of Social Security,

        Defendant.                Civ. No. 05-2950 (JMR/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

1.      That the Plaintiff's Motion [Docket No. 7] for Summary Judgment is denied.

2.      That the Defendant's Motion [Docket No. 9] for Summary Judgment is denied.

3.      That this matter is remanded to the Commissioner for further proceedings in accordance with this Report.

4.      That, pursuant to the holding in <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993), Judgment is entered accordingly.

Dated: February 16, 2007                            <u>s/James M. Rosenbaum</u>
                                                          James M. Rosenbaum, Chief Judge
                                                           United States District Court