UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Wade A. Thalberg,

        Plaintiff,

                          ORDER ADOPTING REPORT
                          AND RECOMMENDATION

vs.

Jo Anne B. Barnhart, Commissioner
of Social Security,

        Defendant.               Civ. No. 05-2950 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

1.      That the Plaintiff's Motion for an Award of EAJA Fees [Docket No. 17] is granted.

2.      That pursuant to the Equal Access to Justice Act, that a total of $4,200.00, in costs and attorney's fees, is awarded to the Plaintiff's attorney, John H. Burns.

Dated:  June 20th, 2007

                                              s/ James M. Rosenbaum
                                              James M. Rosenbaum, Chief Judge
                                              United States District Court